# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS LABORERS' HEALTH & WELFARE FUND, on behalf of itself and others similarly situated,<br><br>*Plaintiff*s,<br><br>v.<br><br>BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. and BOEHRINGER INGELHEIM INTERNATIONAL GMBH,<br><br>*Defendants*. | Case No. 1:24-cv-10565 |

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiff Massachusetts Laborers' Health & Welfare Fund ("Plaintiff"), on behalf of itself and others similarly situated, and Defendants Boehringer Ingelheim Pharmaceuticals, Inc. and Boehringer Ingelheim International GmbH (collectively, "Defendants") hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed its Class Action Complaint ("Complaint") on March 6, 2024;

WHEREAS, Defendant Boehringer Ingelheim Pharmaceuticals, Inc. was served with the Complaint on March 20, 2024;

WHEREAS, as of the date of this stipulation, Defendant Boehringer Ingelheim International GmbH has not been served with the Complaint;

WHEREAS, absent an extension, Defendant Boehringer Ingelheim Pharmaceuticals, Inc.'s deadline to answer or otherwise respond to the Complaint is April 10, 2024;

WHEREAS, absent an extension, Plaintiff's opposition to any motion to dismiss would be due 14 days after the motion is filed, *see* D. Mass. L.R. 7.1(b)(2);

WHEREAS, the Parties have met and conferred;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED that,

1. Defendant Boehringer Ingelheim International GmbH will accept service of the Complaint through counsel[1];

2. Defendants consent to Plaintiff amending the complaint once within 30 days of this stipulation's execution;

3. Plaintiff will accept a stay of discovery with regard to Defendant Boehringer Ingelheim International GmbH until a motion to dismiss by Defendant Boehringer Ingelheim International GmbH is decided by the Court, if such a motion is filed;

4. Plaintiff will extend Defendants' deadline to answer or otherwise respond to the Complaint until July 18, 2024 (120 days from March 20, 2024, the date of service on Defendant Boehringer Ingelheim Pharmaceuticals, Inc.);

5. In the event that Plaintiff files an amended complaint, Plaintiff will extend Defendants' deadline to answer or otherwise respond to the amended complaint until July 18, 2024, or 60 days from the date the amended complaint is filed, whichever is later;

The Parties, through their counsel, jointly request that the Court grant an order approving the foregoing stipulation and setting the foregoing deadlines.

//

//

//

---

[1] By accepting service, Defendant Boehringer Ingelheim International GmbH does not waive any challenges it may raise to venue or jurisdiction.

Dated  April 9, 2024                                              Respectfully submitted,

By: */s/ Todd A. Seaver*                                          By: */s/ Caeli Higney*
    Todd A. Seaver (BBO No. 645874)                                  Caeli Higney (*pro hac vice application forthcoming*)
    Carl N. Hammarskjold (*pro hac vice application filed*)          Gibson, Dunn & Crutcher LLP
    Berman Tabacco                                                    One Embarcadero Center
    425 California Street                                             Suite 2600
    Suite 2300                                                        San Francisco, CA 94111-3715
    San Francisco, CA 94104                                           Phone: (415) 393-8200
    Phone: (415) 433-3200                                             Email: chigney@gibsondunn.com
    Email: tseaver@bermantabacco.com
    Email: chammarskjold@bermantabacco.com                            Samuel Liversidge (*pro hac vice application forthcoming*)
                                                                                    Gibson, Dunn & Crutcher LLP
    Leslie R. Stern (BBO No. 631201)                                  333 South Grand Avenue
    Steven L. Groopman (BBO No. 568933)                               Los Angeles, CA 90071-3197
    Brooke Lowell (BBO #712633)                                       Phone: (213) 229-7000
    Berman Tabacco                                                    Email: sliversidge@gibsondunn.com
    One Liberty Square
    5th Floor                                                         Stephen Weissman (*pro hac vice application forthcoming*)
    Boston, MA 02109                                                  Steve Pet (*pro hac vice application forthcoming*)
    Phone: (617) 542-8300                                             Gibson, Dunn & Crutcher LLP
    Email: lstern@bermantabacco.com                                   1050 Connecticut Avenue, N.W.
    Email: sgroopman@bermantabacco.com                                Washington, DC 20036-5306
    Email: blowell@bermantabacco.com                                  Phone: (202) 955-8678
                                                                                    Email: sweissman@gibsondunn.com
    Gregory S. Asciolla (*pro hac vice application forthcoming*)     Email: spet@gibsondunn.com
    Matthew J. Perez (*pro hac vice application forthcoming*)
    Dicello Levitt LLP                                                *Attorneys for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. and Boehringer Ingelehim International GmbH*
    485 Lexington Avenue, Suite 1001
    New York, NY 10017
    Phone: (646) 933-1000
    Email: gasciolla@dicellolevitt.com
    Email: mperez@dicellolevitt.com

Natasha J. Fernández-Silber (*pro hac vice application forthcoming*)
Edelson PC
350 North LaSalle, 14th Floor
Chicago, IL 60654
Phone: (312) 589-6370
Facsimile: (312) 589-6378
Email: nfernandezsilber@edelson.com

Yaman Salahi (*pro hac vice application forthcoming*)
Edelson PC
150 California Street, 18th Floor
San Francisco, CA 94111
Phone: (415) 212-9300
Email: ysalahi@edelson.com

Marvin A. Miller (*pro hac vice application filed*)
Matthew E. Van Tine (BBO No. 541943)
Lori A. Fanning (*pro hac vice application filed*)
Andrew Szot (*pro hac vice application filed*)
Kate E. Boychuck (*pro hac vice application filed*)
Miller Law LLC
53 West Jackson Boulevard, Suite 1320
Chicago, IL 60604
Phone: (312) 332-3200
Email: mmiller@millerlawllc.com
Email: mvantine@millerllc.com
Email: lfanning@millerlawllc.com
Email: aszot@millerlawllc.com
Email: kboychuck@millerlawllc.com

*Attorneys for Plaintiff Massachusetts Laborers' Health & Welfare Fund, on behalf of itself and others similarly situated*

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 17, 2024

_____
Hon. Denise J. Casper
UNITED STATES DISTRICT JUDGE

- 5 -

## CERTIFICATE OF SERVICE

I, Todd Seaver, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 9, 2024.

I further certify that on April 9, 2024, I caused to be electronically served a true and correct copy of the foregoing document to the persons at the addresses set forth below:

Caeli Higney
Gibson, Dunn & Crutcher LLP
One Embarcadero Center
Suite 2600
San Francisco, CA 94111-3715
Phone: (415) 393-8200
Email: chigney@gibsondunn.com

Samuel Liversidge
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Phone: (213) 229-7000
Email: sliversidge@gibsondunn.com

Stephen Weissman
Steve Pet
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Phone: (202) 955-8678
Email: sweissman@gibsondunn.com
Email: spet@gibsondunn.com

*Attorneys for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. and Boehringer Ingelehim International GmbH*

By:   /s/ Todd A. Seaver
       Todd A. Seaver
       *Attorney for Plaintiffs*